THE JENNIE CLARKSON HOME FOR CHILDREN, Respondent, *v.* CHESAPEAKE AND OHIO RAILWAY COMPANY, Appellant and Respondent, and ROBERT GIBSON, as General Partner of the Limited Partnership of H. KNICKERBACKER & Co., Appellant.

*Jennie Clarkson Home* v. *Chesapeake & O. Ry. Co.*, 92 App. Div. 618, affirmed.

(Argued May 3, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1904, affirming a judgment in favor of plaintiff and defendant Chesapeake and Ohio Railway Company entered upon a decision of the court on trial at Special Term.

*John S. Sheppard, Jr.,* and *Melville E. Ingalls, Jr.,* for defendant, appellant and respondent.

*John G. Milburn, William S. Maddox* and *William R. Bronk* for defendant, appellant.

*Charles F. Brown, Henry W. Sackett* and *William A. McQuaid* for respondent.

Judgment affirmed, with costs, on opinion in *Jennie Clarkson Home* v. *Missouri, Kansas & Texas Ry. Co.* (182 N. Y. 47).

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT and WERNER, JJ.; GRAY and O'BRIEN, JJ., concur in result. Not sitting: VANN, J.